UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SHAKLEE CORP.,

               Plaintiff,        08 Civ. 8529 (JGK)

   - against -             ORDER

NIR DIAGNOSTICS, Inc.,

               Defendant.
---

JOHN G. KOELTL, District Judge:

    A conference is scheduled for July 14, 2009 at 4:30 p.m.

SO ORDERED.

Dated:    New York, New York
           July 8, 2009

                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-09