UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

SHAKLEE CORP.,

                 Plaintiff,        08 Civ. 8529 (JGK)

     - against -            ORDER

NIR DIAGNOSTICS, Inc.,

                 Defendant.
―――――――――――――――――――――――――――――
JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **August 13, 2009 at 4:30 p.m.**

SO ORDERED.

Dated:   New York, New York
           July 14, 2009

                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/09