UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────

SHAKLEE CORP.,

               Plaintiff,        08 Civ. 8529 (JGK)

    - against -             <u>ORDER</u>

NIR DIAGNOSTICS, Inc.,

               Defendant.
────────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The plaintiff should file a status report by letter by September 11, 2009.

SO ORDERED.

Dated:    New York, New York
           August 13, 2009

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/09
```